IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,                No. 2:11-cv-3305 AC

    vs.

TRACY DEBUDEY, *et al.*,

        Defendants.         ORDER

_____/

        Pursuant to the representations of counsel, the court has determined that this case is settled.  See ECF No. 22.  In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before August 1, 2013.  All previously set dates in this matter, including the July 17, 2013 pretrial conference and the August 19, 2013 jury trial, are hereby vacated.

DATED: June 28, 2013

                      _____

                      ALLISON CLAIRE
                      UNITED STATES MAGISTRATE JUDGE

/mb;john3305.1045