SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Scott N. Johnson | ) Case No.**2:11-cv-03305-AC** |
|  | ) |
| Plaintiff, | ) ~~PROPOSED~~ **ORDER RE: REQUEST FOR** |
|  | ) **EXTENSION TO FILE DISPOSITIONAL** |
| vs. | ) **DOCUMENTS** |
|  | ) |
| Tracy Debudey, et al | ) |
|  | ) |
| Defendants | ) |
|  | ) |
|  | ) |
|  | ) |
| _____ | ) |

**ORDER**

IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than September 3, 2013.

Date: August 1, 2013

_____ _Allison Clare_ _____

United States Magistrate Judge

PROPOSED ORDER RE REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS