SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff;<br><br>    vs.<br><br>Tracy Debudey, et al,<br><br>    Defendants | Case No. **2:11-cv-03305-AC**<br><br>**ORDER RE: STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

   IT IS SO ORDERED that the above-entitled action be and is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1).

DATED: September 5, 2013

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE